IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GS HOLISTIC, LLC | : | Case No. 3:23-CV-0328-WHR-MRM |
| | : | |
| Plaintiff, | : | Judge Walter H. Rice |
| | : | Magistrate Michael R. Merz |
| vs. | : | |
| | : | |
| SPRINGBORO VAPE & SMOKE SHOP, | : | |
| LLC, et al. | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| | : | **OF COUNTERCLAIM** |
| Defendants. | : | |

NOW COME Defendants, Springboro Vape & Smoke Shop, LLC and Lou Afana, by and through counsel, and pursuant to F.R.C.P. 41(C), and hereby provide Notice of Dismissal of their Counterclaim without prejudice to refiling.

/s/ Todd E. Bryant

Todd E. Bryant, Esq. (0072738)
The Bryant Firm, LLC
2295 Girard Lane E
Troy, Ohio 45373
(937) 581-3792
*Trial Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served on John D. Hoffman, Jr., 137 Heritage Woods Drive, Suite 210, Akron, OH 44321, this 20th day of November, 2024.

/s/ Todd E. Bryant

Todd E. Bryant, Esq.