THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC.

Plaintiff,

vs.

CRYSTALS UP IN SMOKE INC.,
d/b/a UP IN SMOKE, *et al.*

Defendants.

CASE NOS. 1:23-cv-634
1:23-cv-638
1:23-cv-639
1:23-cv-641
1:23-cv-708
1:23-cv-748
1:24-cv-451
1:24-cv-553
1:25-cv-163
2:23-cv-3234
2:23-cv-3578
2:23-cv-3601
2:23-cv-3604
2:23-cv-3606
2:23-cv-3760
2:23-cv-3761
2:23-cv-3782
2:23-cv-3786
2:23-cv-3928
2:23-cv-3931
3:23-cv-294
3:23-cv-307
3:23-cv-317
3:23-cv-324
3:23-cv-325
3:23-cv-328
3:23-cv-336
3:23-cv-350
3:23-cv-351

Judge Walter H. Rice

---

ORDER VACATING STATUS CONFERENCE SET FOR JUNE 8, 2026, AT 4:00 P.M. EDT, AND SETTING CONFERENCE REGARDING MOTIONS TO AMEND PRELIMINARY PRETRIAL CONFERENCE ORDERS ON JUNE 15, 2026, AT 5:00 P.M. EDT FOR THOSE CASES LISTED HEREIN

---

Pursuant to the Preliminary Pretrial Scheduling Order, the captioned cases were set to meet for a post-discovery status conference to discuss alternative dispute resolution ("ADR") on June 8, 2026, at 4:00 p.m. EDT. (No. 1:23-cv-634, Doc. #28, PAGEID 137). However, with the Court extending the discovery deadline until June 12, 2026 (Order, No. 1:23-cv-639, Doc. #39), and with Motions to Amend the Case Schedule in eleven cases being filed on June 5, 2026 (*see, e.g.*, Motion, No. 2:23-cv-3234, Doc. #78), such a conference would be premature. Accordingly, the Court VACATES the ADR conference set for June 8. All depositions currently noticed shall go ahead as planned.

The Court ORDERS a conference to discuss the Motions to Amend on **Monday, June 15, 2026, at 5:00 p.m. EDT** for the following cases:

a. 2:23-cv-3234
b. 2:23-cv-3578
c. 2:23-cv-3601
d. 2:23-cv-3604
e. 2:23-cv-3606
f. 2:23-cv-3760
g. 2:23-cv-3782
h. 2:23-cv-3786
i. 2:23-cv-3928
j. 3:23-cv-350
k. 3:23-cv-351

**IT IS SO ORDERED.**

Walter H. Rice

June 8, 2026

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT