THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC, :

Plaintiff, :

v. : Case No. 3:23-cv-328

SPRINGBORO VAPE & SMOKE SHOP, LLC, *et al.*, : Judge Walter H. Rice

Defendants. :

---

ORDER REQUIRING DEFENDANT SPRINGBORO VAPE & SMOKE SHOP, LLC, TO RETAIN COUNSEL AND FOR SAID COUNSEL TO ENTER AN APPEARANCE WITHIN FOURTEEN (14) DAYS OF ENTRY; FAILURE TO DO SO WILL RESULT IN THE CLERK OF THIS COURT ENTERING DEFAULT AGAINST SPRINGBORO VAPE & SMOKE AND, UPON PROPER MOTION BY PLAINTIFF GS HOLISTIC, LLC, DEFAULT JUDGMENT AGAINST SPRINGBORO VAPE & SMOKE

---

This matter is before the Court on its *sua sponte* review of the docket. On April 16, 2026, the Court sustained the Todd E. Bryant's Motion to Withdraw as Counsel for Defendants Springboro Vape & Smoke, LLC, and Lou Afana, due to Defendants' non-responsiveness and failure to communicate with Mr. Bryant. (Notation Order, Doc. #40, citing Motion, Doc. #39, PAGEID 162). The Supreme Court's prohibition on business entities being unrepresented is well-established; additionally, this Court's local rule requires Springboro Vape & Smoke to be represented at all times by a trial attorney. *Rowland v. California Men's Colony,*

506 U.S. 194, 202 (1993); S.D. OHIO CIV.R. 83.4(a)). However, no substitute attorney has appeared on Springboro Vape & Smoke's behalf in this case; nor has a representative of Springboro Vape & Smoke articulated any attempts it has made to obtain counsel.

In an attempt to balance the Court's strong preference for adjudication on the merits with the necessity of bringing this nearly-three-year old case to a resolution, the undersigned is giving Springboro Vape & Smoke one final opportunity to defend its interests. Springboro Vape & Smoke is ORDERED to retain counsel and for said to counsel to appear in this matter as trial attorney for Springboro Vape & Smoke within FOURTEEN (14) days of entry. No extensions will be granted. If this does not occur, then the undersigned will direct the Clerk of Court for the United States District Court for the Southern District of Ohio to enter default against Springboro Vape & Smoke. Upon proper motion by Plaintiff GS Holistic, LLC, the Court will enter default judgment against Springboro Vape & Smoke.

IT IS SO ORDERED.

August 18, 2026

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT